KAZEROUNI LAW GROUP, APC
Mohammad Kazerouni, Esq. (SBN 252835)
2700 N. Main Street, Suite 1050
Santa Ana, CA 92705
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

JS-6

Attorneys for Defendant,
Behrouz Jarrahi and Yoshiko Suzuki

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHROOZ JARRAHI, and YOSHIKO SUZUKI,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC H HOLDER, JR., Attorney General of the United States, et al.<br><br>Defendants. | CR. NO. 2:11-cv-04497-RGK-AJWx<br><br>[PROPOSED] ORDER GRANTING JOINT VOLUNTARY DISMISSAL |

Pursuant to the Joint Stipulated Dismissal agreed to and submitted by the parties in this action, IT IS HEREBY ORDERED that the case is DISMISSED WITH PREJUDICE with each party to bear its own costs and fees.

IT IS SO ORDERED.

Date: 09·30·11

_____
Honorable R. Gary Klausner
United States District Court Judge